FILED
CLERK, U.S. DISTRICT COURT
JUN 28 2016
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

TERRELL GARY HIGHTOWER,            ) Case No. CV 16-4483-PSG(AJW)
                                   )
            Petitioner,            )
                                   ) JUDGMENT
      v.                           )
                                   )
WILLIAM L. MUNIZ,                  )
                                   )
            Respondent.            )
_____)

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: 6/27/16

Philip S. Gutierrez
United States District Judge